IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| MARIO ANDJUAN PEEPLES, | : |
| Plaintiff, | : |
| vs. | : CIVIL ACTION 19-0004-KD-M |
| EASTPOINTE HOSPITAL, *et al.*, | : |
| Defendants. | : |

ORDER

After due and proper consideration of the issues raised, and there having been no objections filed, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is **ADOPTED** as the opinion of this Court.

Accordingly, this action is **DISMISSED** without prejudice for failure to prosecute and to obey the Court's Order.

DONE and ORDERED on this the 11th day of July 2019.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
CHIEF UNITED STATES DISTRICT JUDGE